**Opinion issued June 28, 2012.**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-10-01092-CR**

———————————

**FERNANDO OLIVAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 262nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1257515**

**MEMORANDUM OPINION**

Appellant, Fernando Olivas, has filed a motion to dismiss the appeal. The motion complies with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in the appeal.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f).  We dismiss any pending motions as moot.

We direct the Clerk to issue the mandate within 10 days of the date of this opinion.  *See* TEX. R. APP. P. 18.1.

**PER CURIAM**

Panel consists of Justices Higley, Sharp, and Huddle.

Do not publish.   TEX. R. APP. P. 47.2(b).